**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **) Case No.** 10-11894 TPA |
| Kirk S. Decker and | **)** |
| Jessica L. Decker, | **) Chapter** 11 |
| **Debtors,** | **)** |
| Kirk S. Decker and | **) Related Document No.** 171-170 |
| Jessica L. Decker, | **) Hearing Date:** 11/16/17 @ 9:30 a.m. |
| **Movants,** | **) Response Due:** 11/06/17 |
| **vs.** | **)** |
| Office of the U.S. Trustee, | **) Document No.** |
| **Respondent.** | **)** |

**CERTIFICATION OF NO OBJECTION REGARDING
Debtor's Motion Requesting Discharge - Document No. 170**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Debtor's Motion Requesting Discharge** filed on October 18, 2017 has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Debtor's Motion Requesting Discharge** appears thereon. Pursuant to the Notice of Hearing, objections to the **Debtor's Motion Requesting Discharge** were to be filed and served no later than November 6, 2017.

It is hereby respectfully requested that the Order attached to the **Debtor's Motion Requesting Discharge** be entered by the Court.

**Dated:** November 7, 2017

/s/ Donald R. Calaiaro    _____ _____
**Donald R. Calaiaro, Esquire, PA I.D. #27538**
**dcalaiaro@c-vlaw.com**
/s/ David Z. Valencik_____
**David Z. Valencik, Esquire,   PA I.D. #308361**
**dvalencik@c-vlaw.com**
/s/ Michael Kaminski_____
**Michael Kaminski, Esquire,   PA I.D. 53493**
**mkaminski@c-vlaw.com**
**CALAIARO VALENCIK**
**428 Forbes Avenue, Suite 900**
**Pittsburgh, PA  15219-1621**
**(412) 232-0930**