FILED
11/8/17 3:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 10-11894 TPA |
| Kirk S. Decker and | ) |
| Jessica L. Decker, | ) **Chapter** 11 |
|     **Debtors,** | ) |
| Kirk S. Decker and | ) **Related Document No.** |
| Jessica L. Decker, | ) **Hearing Date:** 11/16/17 @ 9:30 a.m. |
|     **Movants,** | ) **Response Due:** 11/13/17 |
|     **vs.** | ) |
| Office of the U.S. Trustee, | ) **Document No.** 173 |
|     **Respondent.** | ) |

### ORDER OF COURT

**AND NOW,** this 8th day of November, 2017, **IT IS ORDERED** that this case shall be reopened to permit Debtors to seek a discharge pursuant to 11 U.S.C. 1141 (d) (5) (A).

**IT IS FURTHER ORDERED** that no filing fee is required to be paid by the Debtors.

By the Court:

_____
Honorable Thomas P. Agresti
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 10-11894-TPA
Kirk S. Decker                                                        Chapter 11
Jessica L. Decker
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy              Page 1 of 2             Date Rcvd: Nov 08, 2017
                              Form ID: pdf900         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2017.
```
db/jdb         +Kirk S. Decker,   Jessica L. Decker,    611 W. Walnut Street,    Titusville, PA 16354-1543
intp           +Anderson Physical Therapy Etc., PC,   1422 Liberty Street,    Franklin, PA 16323-1624
intp           +Lorjes, LLC,   1422 Liberty Street,   Franklin, PA 16323-1624
cr             +PNC Bank, National Association,    c/o Beverly Weiss Manne, Esq.,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
12862310        AT&T Universal Card,    P.O. Box 6500,   Sioux Falls, SD 57117-6500
12862311       +Bank of America,   P.O. Box 1522,   Wilmington, DE 19886-0001
12862312        Citizens Bank,   525 William Penn Place,    Room 2720,    Pittsburgh, PA 15219-1727
12998469        Colleen Anderson,   c/o James R. Walczak, Esq.,    MacDonald, Illig, Jones & Britton LLP,
                 100 State Street, Suite 700,    Erie, PA 16507-1459
12862313       #+Colleen Anderson,    27396 Dominica Lane,   Ramrod Key, FL 33042-5453
12862314       +David and Lori Hauptman,    4 Meadow Lane,   Titusville, PA 16354-1037
12862315       +GMAC,   11579,   Hydetown Road,   Titusville, PA 16354-1337
12985114        MacDonald, Illig, Jones & Britton, LP,    James R. Walcaz, Esquire,
                 100 State Street, Suite 700,    Erie, PA 16507-1459
12862317       +PA Department of Revenue,    Robert C. Edmundson, Esquire,    Manor Complex, 4th Floor,
                 564 Forbes Avenue,    Pittsburgh, PA 15219-2908
12862318        PNC Bank,   P.O. Box 747014,   Pittsburgh, PA  15274-7014
12996545       +PNC Bank, National Association,    Attn: Dustin Illyes,    101 W. Washington Street, 5th Floor,
                 Indianapolis, IN 46255-5000
12985115        PNC/SBA,   249 Fifth Avenue,   One PNC Plaza, 21st Floor,    Pittsburgh, PA 15222
12894861       +RBS Citizens, N.A.,    Charles Koutsogiane,,   RJW 500,    443 Jefferson Blvd.,
                 Warwick  RI 02886-1321
12985116       +Tucker Arensberg, P.C.,    Beverly Weiss Mann, Esquire,    1500 One PPG Place,
                 Pittsburgh, PA 15222-5416
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: cio.bncmail@irs.gov Nov 09 2017 01:08:29     Internal Revenue Service,
                 Office of Chief Counsel,    1000 Liberty Avenue,   Room 806,    Pittsburgh, PA 15222-4027
12888710       +E-mail/Text: ally@ebn.phinsolutions.com Nov 09 2017 01:08:20
                 Ally Financial Inc f/k/a GMAC Inc,    PO Box 130424,   Roseville, MN 55113-0004
12873815        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 09 2017 01:08:48
                 Pennsylvania Department of Revenue,    Commonwealth of Pennsylvania,    PO BOX 280946,
                 Bankruptcy Division,    Harrisburg, PA 17128-0496
13143478       +E-mail/PDF: pa_dc_claims@navient.com Nov 09 2017 01:18:56     Sallie Mae,   c/o Sallie Mae Inc.,
                 220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
12862319       +E-mail/PDF: pa_dc_claims@navient.com Nov 09 2017 02:56:48     Sallie Mae, Inc.,   P.O. Box 9532,
                 Wilkes Barre, PA 18773-9532
                                                                                              TOTAL: 5
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A., as Servicer
cr              Thomas B. Anderson
cr*            +Colleen Anderson,    27396 Dominica Lane,   Ramrod Key, FL 33042-5453
cr*             Internal Revenue Service,    Office of Chief Counsel,    Room 806,
                 Wm. S. Moorhead Federal Bldg.,    Pittsburgh, PA  15222
cr*            +Internal Revenue Service,    Room 806,   1000 Liberty Avenue,    Pittsburgh, PA 15222-4027
12888711*      +Ally Financial Inc f/k/a GMAC Inc,    PO Box 130424,    Roseville, MN 55113-0004
12985113*      +Colleen Anderson,    27396 Dominica Lane,   Ramrod Key, FL 33042-5453
12862316*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,     P.O. Box 21126,
                 Philadelphia, PA 19114-0326)
                                                                                   TOTALS: 2, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-1          User: culy                  Page 2 of 2                   Date Rcvd: Nov 08, 2017
                              Form ID: pdf900             Total Noticed: 23
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Bank of America, N.A., as Servicer
               agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Beverly Weiss Manne    on behalf of Creditor    PNC Bank, National Association bmanne@tuckerlaw.com,
               bewmanne@aol.com
              Beverly Weiss Manne    on behalf of Defendant    PNC Bank, N.A. bmanne@tuckerlaw.com,
               bewmanne@aol.com
              David Z. Valencik    on behalf of Debtor Kirk S. Decker dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Jessica L. Decker dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Jessica L. Decker dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com
              Donald R. Calaiaro    on behalf of Debtor    Lorjes, LLC dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com
              Donald R. Calaiaro    on behalf of Plaintiff Jessica L. Decker dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com
              Donald R. Calaiaro    on behalf of Plaintiff Kirk S. Decker dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Kirk S. Decker dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
               vlaw.com
              Edward J. Laubach, Jr.    on behalf of Creditor    Internal Revenue Service
               edward.j.laubach@irscounsel.treas.gov, pitirs.bk.email@irscounsel.treas.gov
              Gary V. Skiba    on behalf of Interested Party    Lorjes, LLC gskiba@yochim.com,
               donna@yochim.com;rose227@hotmail.com
              Gary V. Skiba    on behalf of Debtor    Lorjes, LLC gskiba@yochim.com,
               donna@yochim.com;rose227@hotmail.com
              Heather A. Sprague    on Behalf of the United States Trustee by    on behalf of U.S. Trustee
                Office of the United States Trustee Heather.Sprague@usdoj.gov
              James Richard Walczak    on behalf of Creditor Thomas B. Anderson jwalczak@mijb.com,
               sburick@mijb.com
              James Richard Walczak    on behalf of Creditor Colleen  Anderson jwalczak@mijb.com,
               sburick@mijb.com
              Jordan S. Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com;jleech@tuckerlaw.com;lbuckreis@tuckerlaw.com
              Lisa  DiCerbo    on behalf of Creditor    Internal Revenue Service
               lisa.dicerbo@irscounsel.treas.gov,
               lisadicerbo@zoominternet.net;pitirs.bk.email@irscounsel.treas.gov
              Matthew W. Fuchs    on behalf of Creditor Colleen  Anderson mfuchs@mijb.com,
               sburick@mijb.com;dhefner@mijb.com
              Matthew W. Fuchs    on behalf of Creditor Thomas B. Anderson mfuchs@mijb.com,
               sburick@mijb.com;dhefner@mijb.com
              Megan E. Farrell    on behalf of Defendant    Small Business Administration Megan.Farrell@usdoj.gov,
               Patricia.Fitzgerald@usdoj.gov;Deborah.Verrilla@usdoj.gov
              Michael  Kaminski    on behalf of Interested Party    Anderson Physical Therapy Etc., PC
               mkaminski@c-vlaw.com, jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Patrick J. Mondi    on behalf of Creditor Colleen  Anderson mondipj@hh-law.com, pozom@hh-law.com
                                                                                              TOTAL: 24
```