**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kirk S. Decker** | Social Security number or ITIN   **xxx−xx−1538** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jessica L. Decker** | Social Security number or ITIN   **xxx−xx−7790** |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **10−11894−TPA**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1141(d)(5) is granted to:

Kirk S. Decker                              Jessica L. Decker

<u>11/8/17</u>                              **By the court:**   <u>Thomas P. Agresti</u>
                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in an Individual Chapter 11 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 11 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for most taxes;

  ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

        **For more information, see page 2 >**

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of an individual chapter 11 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180RI    **Individual Chapter 11 Discharge**    page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 10-11894-TPA
Kirk S. Decker                                                         Chapter 11
Jessica L. Decker
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy              Page 1 of 2              Date Rcvd: Nov 14, 2017
                              Form ID: pdf900         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2017.
```
db/jdb         +Kirk S. Decker,    Jessica L. Decker,    611 W. Walnut Street,    Titusville, PA 16354-1543
intp           +Anderson Physical Therapy Etc., PC,    1422 Liberty Street,    Franklin, PA 16323-1624
intp           +Lorjes, LLC,    1422 Liberty Street,    Franklin, PA 16323-1624
cr             +PNC Bank, National Association,    c/o Beverly Weiss Manne, Esq.,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
12862310        AT&T Universal Card,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
12862311       +Bank of America,    P.O. Box 1522,    Wilmington, DE 19886-0001
12862312        Citizens Bank,    525 William Penn Place,    Room 2720,    Pittsburgh, PA 15219-1727
12862313       #+Colleen Anderson,    27396 Dominica Lane,    Ramrod Key, FL 33042-5453
12998469        Colleen Anderson,    c/o James R. Walczak, Esq.,    MacDonald, Illig, Jones & Britton LLP,
                 100 State Street, Suite 700,    Erie, PA 16507-1459
12862314       +David and Lori Hauptman,    4 Meadow Lane,    Titusville, PA 16354-1037
12862315       +GMAC,    11579,    Hydetown Road,    Titusville, PA 16354-1337
12985114        MacDonald, Illig, Jones & Britton, LP,    James R. Walcaz, Esquire,
                 100 State Street, Suite 700,    Erie, PA 16507-1459
12862317       +PA Department of Revenue,    Robert C. Edmundson, Esquire,    Manor Complex, 4th Floor,
                 564 Forbes Avenue,    Pittsburgh, PA 15219-2908
12862318        PNC Bank,    P.O. Box 747014,    Pittsburgh, PA  15274-7014
12996545       +PNC Bank, National Association,    Attn: Dustin Illyes,    101 W. Washington Street, 5th Floor,
                 Indianapolis, IN 46255-5000
12985115        PNC/SBA,    249 Fifth Avenue,    One PNC Plaza, 21st Floor,    Pittsburgh, PA 15222
12894861       +RBS Citizens, N.A.,    Charles Koutsogiane,,    RJW 500,    443 Jefferson Blvd.,
                 Warwick  RI 02886-1321
12985116       +Tucker Arensberg, P.C.,    Beverly Weiss Mann, Esquire,    1500 One PPG Place,
                 Pittsburgh, PA 15222-5416
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: cio.bncmail@irs.gov Nov 15 2017 02:01:34    Internal Revenue Service,
                 Office of Chief Counsel,    1000 Liberty Avenue,    Room 806,    Pittsburgh, PA 15222-4027
12888710       +E-mail/Text: ally@ebn.phinsolutions.com Nov 15 2017 02:01:28
                 Ally Financial Inc f/k/a GMAC Inc,    PO Box 130424,    Roseville, MN 55113-0004
12873815        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2017 02:01:43
                 Pennsylvania Department of Revenue,    Commonwealth of Pennsylvania,    PO BOX 280946,
                 Bankruptcy Division,    Harrisburg, PA 17128-0496
13143478       +E-mail/PDF: pa_dc_claims@navient.com Nov 15 2017 02:04:43     Sallie Mae,    c/o Sallie Mae Inc.,
                 220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
12862319       +E-mail/PDF: pa_dc_claims@navient.com Nov 15 2017 02:05:01     Sallie Mae, Inc.,    P.O. Box 9532,
                 Wilkes Barre, PA 18773-9532
                                                                                              TOTAL: 5
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A., as Servicer
cr              Thomas B. Anderson
cr*            +Colleen Anderson,    27396 Dominica Lane,    Ramrod Key, FL 33042-5453
cr*             Internal Revenue Service,    Office of Chief Counsel,    Room 806,
                 Wm. S. Moorhead Federal Bldg.,    Pittsburgh, PA  15222
cr*            +Internal Revenue Service,    Room 806,    1000 Liberty Avenue,    Pittsburgh, PA 15222-4027
12888711*      +Ally Financial Inc f/k/a GMAC Inc,    PO Box 130424,    Roseville, MN 55113-0004
12985113*      +Colleen Anderson,    27396 Dominica Lane,    Ramrod Key, FL 33042-5453
12862316*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,     P.O. Box 21126,
                 Philadelphia, PA 19114-0326)
                                                                                         TOTALS: 2, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0315-1          User: culy                  Page 2 of 2                   Date Rcvd: Nov 14, 2017
                              Form ID: pdf900             Total Noticed: 23
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2017 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    Bank of America, N.A., as Servicer
           agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Beverly Weiss Manne    on behalf of Creditor    PNC Bank, National Association bmanne@tuckerlaw.com,
           bewmanne@aol.com
          Beverly Weiss Manne    on behalf of Defendant    PNC Bank, N.A. bmanne@tuckerlaw.com,
           bewmanne@aol.com
          David Z. Valencik    on behalf of Debtor Kirk S. Decker dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com
          David Z. Valencik    on behalf of Joint Debtor Jessica L. Decker dvalencik@c-vlaw.com,
           cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com
          Donald R. Calaiaro    on behalf of Joint Debtor Jessica L. Decker dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com
          Donald R. Calaiaro    on behalf of Debtor    Lorjes, LLC dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com
          Donald R. Calaiaro    on behalf of Plaintiff Jessica L. Decker dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com
          Donald R. Calaiaro    on behalf of Plaintiff Kirk S. Decker dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com
          Donald R. Calaiaro    on behalf of Debtor Kirk S. Decker dcalaiaro@c-vlaw.com,
           cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-
           vlaw.com
          Edward J. Laubach, Jr.    on behalf of Creditor    Internal Revenue Service
           edward.j.laubach@irscounsel.treas.gov, pitirs.bk.email@irscounsel.treas.gov
          Gary V. Skiba    on behalf of Interested Party    Lorjes, LLC gskiba@yochim.com,
           donna@yochim.com;rose227@hotmail.com
          Gary V. Skiba    on behalf of Debtor    Lorjes, LLC gskiba@yochim.com,
           donna@yochim.com;rose227@hotmail.com
          Heather A. Sprague    on Behalf of the United States Trustee by     on behalf of U.S. Trustee
           Office of the United States Trustee Heather.Sprague@usdoj.gov
          James Richard Walczak    on behalf of Creditor Thomas B. Anderson jwalczak@mijb.com,
           sburick@mijb.com
          James Richard Walczak    on behalf of Creditor Colleen  Anderson jwalczak@mijb.com,
           sburick@mijb.com
          Jordan S. Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
           agilbert@tuckerlaw.com
          Lisa  DiCerbo    on behalf of Creditor    Internal Revenue Service
           lisa.dicerbo@irscounsel.treas.gov,
           lisadicerbo@zoominternet.net;pitirs.bk.email@irscounsel.treas.gov
          Matthew W. Fuchs    on behalf of Creditor Colleen  Anderson mfuchs@mijb.com,
           sburick@mijb.com;dhefner@mijb.com
          Matthew W. Fuchs    on behalf of Creditor Thomas B. Anderson mfuchs@mijb.com,
           sburick@mijb.com;dhefner@mijb.com
          Megan E. Farrell    on behalf of Defendant    Small Business Administration Megan.Farrell@usdoj.gov,
           Patricia.Fitzgerald@usdoj.gov;Deborah.Verrilla@usdoj.gov
          Michael  Kaminski    on behalf of Interested Party    Anderson Physical Therapy Etc., PC
           mkaminski@c-vlaw.com, jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Patrick J. Mondi    on behalf of Creditor Colleen  Anderson mondipj@hh-law.com, pozom@hh-law.com
                                                                                             TOTAL: 24
```