Form 133

**UNITED STATES BANKRUPTCY COURT**  183
WESTERN DISTRICT OF PENNSYLVANIA  culy

In re:  Bankruptcy Case No.: 10–11894–TPA

Chapter: 11

**Kirk S. Decker**  Jessica L. Decker
Debtor(s)

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

the chapter 11 case of the above named debtor is closed.

Dated: 12/2/17  Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 10-11894-TPA
Kirk S. Decker                                                      Chapter 11
Jessica L. Decker
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1           User: culy                Page 1 of 2              Date Rcvd: Dec 04, 2017
                               Form ID: 133              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2017.
db/jdb         +Kirk S. Decker,   Jessica L. Decker,   611 W. Walnut Street,    Titusville, PA 16354-1543

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Bank of America, N.A., as Servicer
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Beverly Weiss Manne    on behalf of Defendant    PNC Bank, N.A. bmanne@tuckerlaw.com,
               bewmanne@aol.com
              Beverly Weiss Manne    on behalf of Creditor    PNC Bank, National Association bmanne@tuckerlaw.com,
               bewmanne@aol.com
              David Z. Valencik    on behalf of Debtor Kirk S. Decker dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              David Z. Valencik    on behalf of Joint Debtor Jessica L. Decker dvalencik@c-vlaw.com,
               cvlaw.ecf.dvalencik@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor    Lorjes, LLC dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Donald R. Calaiaro    on behalf of Plaintiff Jessica L. Decker dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Donald R. Calaiaro    on behalf of Plaintiff Kirk S. Decker dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Donald R. Calaiaro    on behalf of Debtor Kirk S. Decker dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Donald R. Calaiaro    on behalf of Joint Debtor Jessica L. Decker dcalaiaro@c-vlaw.com,
               cvlaw.ecf.dcalaiaro@gmail.com;aheath@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
              Edward J. Laubach, Jr.    on behalf of Creditor    Internal Revenue Service
               edward.j.laubach@irscounsel.treas.gov,    pitirs.bk.email@irscounsel.treas.gov
              Gary V. Skiba    on behalf of Debtor    Lorjes, LLC gskiba@yochim.com,
               donna@yochim.com;rose227@hotmail.com
              Gary V. Skiba    on behalf of Interested Party    Lorjes, LLC gskiba@yochim.com,
               donna@yochim.com;rose227@hotmail.com
              Heather A. Sprague    on Behalf of the United States Trustee by     on behalf of U.S. Trustee
               Office of the United States Trustee Heather.Sprague@usdoj.gov
              James Richard Walczak    on behalf of Creditor Thomas B. Anderson jwalczak@mijb.com,
               sburick@mijb.com
              James Richard Walczak    on behalf of Creditor Colleen  Anderson jwalczak@mijb.com,
               sburick@mijb.com
              Jordan S. Blask    on behalf of Creditor    PNC Bank, National Association jblask@tuckerlaw.com,
               agilbert@tuckerlaw.com

```
District/off: 0315-1           User: culy                  Page 2 of 2                   Date Rcvd: Dec 04, 2017
                               Form ID: 133                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Lisa  DiCerbo    on behalf of Creditor    Internal Revenue Service lisa.dicerbo@irscounsel.treas.gov, lisadicerbo@zoominternet.net;pitirs.bk.email@irscounsel.treas.gov
          Matthew W. Fuchs    on behalf of Creditor Colleen  Anderson mfuchs@mijb.com, sburick@mijb.com;dhefner@mijb.com
          Matthew W. Fuchs    on behalf of Creditor Thomas B. Anderson mfuchs@mijb.com, sburick@mijb.com;dhefner@mijb.com
          Megan E. Farrell    on behalf of Defendant    Small Business Administration Megan.Farrell@usdoj.gov, Patricia.Fitzgerald@usdoj.gov;Deborah.Verrilla@usdoj.gov
          Michael  Kaminski    on behalf of Interested Party    Anderson Physical Therapy Etc., PC mkaminski@c-vlaw.com,  jadam@c-vlaw.com;kmosur@c-vlaw.com;bhassain@c-vlaw.com;ssimmons@c-vlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Patrick J. Mondi    on behalf of Creditor Colleen  Anderson mondipj@hh-law.com,  pozom@hh-law.com
                                                                                                                      TOTAL: 24